**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **LESLIE BARTOLOMEI,**<br>individually and on behalf of all others<br>similarly situated<br><br>      Plaintiff,<br><br>vs.<br><br>**NATIONAL REPUBLICAN**<br>**CONGRESSIONAL COMMITTEE,**<br><br><br><br><br><br>And<br><br><br>**WINRED TECHNICAL SERVICES,**<br>**LLC,**<br><br>      Defendants. | **Case No.:  4:20-cv-271-BRW**<br><br><u>**CLASS ACTION**</u><br><br>**COMPLAINT FOR VIOLATIONS OF:**<br><br>1.    NEGLIGENT VIOLATIONS OF<br>     THE TELEPHONE CONSUMER<br>     PROTECTION ACT [47 U.S.C. §<br>     227 ET SEQ.]<br><br>2.    WILLFUL VIOLATIONS OF<br>     THE TELEPHONE CONSUMER<br>     PROTECTION ACT [47 U.S.C. §<br>     227 ET SEQ.]<br><br>**(Amount to exceed $75,000.00)**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

<u>**AFFIDAVIT OF UNKNOWN TORTFEASORS**</u>

    I, Jose M. Bautista, first being duly sworn under oath, pursuant to Ark. Code Ann. § 16-56-125, for his John/Jane Doe Affidavit, subject to the jurisdiction and penalties of perjury of Arkansas, deposes and states of personal knowledge as follows:

    1.    I am Jose M. Bautista, co-counsel for Plaintiff in the above-styled case.

    2.    I am licensed to practice law in the State of Arkansas, State of Missouri, State of Illinois and this Court.  My Arkansas Bar Association Number is 2009-005.

    3.    Plaintiff brings this Class Action Complaint for damages, injunctive relief, and any other available legal or equitable remedies, resulting from the illegal actions of NATIONAL

1

REPUBLICAN CONGRESSIONAL COMMITTEE and WINRED TECHNICAL SERVICES LLC ("Defendants"), in negligently and knowingly contacting Plaintiff on Plaintiff's cellular telephone, from January 8, 2020 to February 17, 2020, in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*,.

4.      As a result of the incidents occurring during said period, Plaintiff filed a Class Action Complaint alleging claims against all tortfeasors reasonably known and who can be identified upon currently available information.

5.      As of the date of the filing of this Class Action Complaint, I have been unable to identify with due diligence, based upon the available facts and information, additional tortfeasors who might be directly or vicariously responsible or liable, who may have committed tortious acts or omissions, who may be rightfully included in one or more causes of action listed in this Class Action Complaint, or who may be liable for some or all of the Plaintiff's or the putative class' injuries and damages who are not named parties and may thereby be brought into the lawsuit by pleading as provided by the Arkansas Rules of Civil Procedure and Arkansas law.

6.      Counsel has a good-faith belief that such additional tortfeasors may exist and anticipates that the discovery process and further identification of facts and information, not yet known or discoverable by public information, will yield the identity of additional tortfeasors.

8.      In order to protect the interests of Plaintiff and the putative class, it is necessary to include allegations against unknown tortfeasors, both individual and entity, in this Class Action Complaint pleading.

9.      I have included and identified the unknown tortfeasors in this Class Action Complaint as "JOHN DOE UNKNOWN TORTFEASORS AND AGENTS" and will supplement with the correct information when and if it becomes available.

2

*Further Affiant Sayeth Not.*

Executed this 27th day of March, 2020,

_____
Jose M. Bautista

## ACKNOWLEDGMENT

**County of Jackson**    }
                         }        **ss**
**State of Missouri**    }

*Subscribed, sworn to and acknowledged* before me, this 26th day of March 26, 2020,

_____
Notary Public

[Seal]

My Commission Expires: _____

> REBECCA Y. PERKINS
> Notary Public - Notary Seal
> Jackson County - State of Missouri
> Commission Number 11417009
> My Commission Expires Nov 23, 2023

3