**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LESLIE BARTOLOMEI**                                                                                     **PLAINTIFF**

**v.**                         **NO. 4:20-CV-00271-BRW**

**NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE, ET AL.**                         **DEFENDANTS**

## NOTICE OF APPEARANCE

John E. Tull III of Quattlebaum, Grooms & Tull PLLC enters an appearance on behalf of Defendant Winred Technical Services, LLC and certifies that he is admitted to practice in this Court.

                                          John E. Tull III (84150)
                                          QUATTLEBAUM, GROOMS & TULL PLLC
                                          111 Center Street, Suite 1900
                                          Little Rock, AR  72201
                                          Telephone: (501) 379-1700
                                          Facsimile: (501) 379-1701
                                          jtull@qgtlaw.com

                                          *Attorneys for National Republican Congressional Committee and Winred Technical Services, LLC*